UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 19-25241-CIV-WILLIAMS

SANDRA RAMIREZ,

    Plaintiff,

v.

RICO PAN, INC., RAFAEL PEREZ and
LIZ CABALLERO

    Defendants.

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF
## FLSA SETTLEMENT AND TO DISMISS CASE WITH PREJUDICE

THIS CASE is before the before the Court on the Parties' Joint Motion for Approval of FLSA Settlement and to Dismiss Case with Prejudice (DE 15). This action arises pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 and requires the Court's approval of the Parties' settlement agreement. *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness"). Upon a review of the settlement agreement between the Parties, the Court approves the settlement of the wage and hour claims set forth in the Joint Motion for Approval of FLSA Settlement and to Dismiss Case With Prejudice and its attached settlement agreement.

Accordingly, the Parties' Motion (DE 15) is **GRANTED**. The Plaintiff's claims against Defendants in this matter are **DISMISSED WITH PREJUDICE**. The Court shall

retain jurisdiction to enforce the terms of the parties' settlement agreement and to award attorney's fees and costs in connection with such enforcement.

**DONE AND ORDERED** in chambers in Miami, Florida, this 27 day of February, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE